BEFORE THE SECOND DIVISION, JUNE 16, 1965

No. 69378.—Import-Export Service of New Jersey v. United States, protest 58/21601 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic tennis racket strings the same in all material respects as those the subject of Abstract 61832, the claim of the plaintiff was sustained.

No. 69379.—Gimbel Bros., Inc. v. United States, protest 60/17713 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon cases similar in use to leather cases, the claim of the plaintiff was sustained.

No. 69380.—Roto Bag Machine Corp. and Markand Thakar et al. v. United States, protests 64/12982, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of bag-making machines and parts thereof similar in all material respects to those the subject of Abstract 66656, the claim of the plaintiffs was sustained.